UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Barbara J. Riccio,

                          Plaintiff(s),                **ORDER**
                                                                CV 06-0708 (SJF)(WDW)

       -against-

Gent Uniform Rental Corporation,
                          Defendant(s).
------------------------------------------------------------------X

**WALL, Magistrate Judge:**

      Before the court is letter from John N. Fath, Esq., on behalf of the defendant, seeking exemption from mandatory electronic filing. That exemption is denied. As a threshold matter, Mr. Fath is not the attorney of record, and the court's records do not show that he is admitted to practice in this District. Even if he were admitted, the exemption would be denied on the information provided. If Mr. Fath has a word processing program and an email address, the court does not understand why he could not substantially comply with the electronic filing requirements and receive electronic notification of court orders. If Mr. Fath is admitted and he has further information about why electronic filing would be a hardship, he may renew the motion after making an appearance as attorney of record.

Dated:  Central Islip, New York                **SO ORDERED:**
         April 13, 2006

                                                      /s/ William D. Wall
                                                      WILLIAM D. WALL
                                                      United States Magistrate Judge