UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————X

BARBARA J. RICCIO,

       Plaintiff,

       **ORDER**
- against -      06-CV-708 (SJF) (WDW)

GENT UNIFORM RENTAL CORP.,

       Defendant.

————————————————————————X

FEUERSTEIN, J.

  On November 2, 2006, the Court ordered *pro se* plaintiff Barbara J. Riccio ("Plaintiff") to serve and file an amended complaint by November 23, 2006. Plaintiff failed to comply with the Court's order. Accordingly, on May 10, 2007, the Court ordered Plaintiff to show cause, in writing, by May 31, 2007, why this action should not be dismissed for lack of prosecution and failure to comply with an order of the Court. On May 31, 2007, the Court received a letter application from Plaintiff asking that her case not be dismissed; however, Plaintiff did not file an amended complaint. On June 6, 2007, defendant Gent Uniform Rental Corp., submitted an affidavit to the Court requesting that Plaintiff's complaint be dismissed for lack of prosecution.

  Plaintiff is hereby ORDERED to file an amended complaint by June 29, 2007.[1] Failure to comply with this order will result in Plaintiff's complaint being dismissed with

---

[1] A form complaint is attached to this Order for Plaintiff's convenience.

1

prejudice.

IT IS SO ORDERED.

_____
Sandra J. Feuerstein
United States District Judge

Dated: June 7, 2006
       Central Islip, New York


Copy by U.S. Mail:

Barbara J. Riccio
533 Gardners Avenue
Levittown, NY 11756


Copy by ECF:

Counsel for defendant.